IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

YRAIDA GUANIPA,

    Plaintiff,

vs.                                                                 5:04-CV-150-SPM/AK

CARLYLE HOLDER, Warden,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 364) dated July 14, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed her objections through counsel on July 28, 2005 (doc. 365).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Plaintiff acknowledges in her objections that this Court is bound by the Eleventh Circuit Court of Appeals' recent decision in Brown v. McFadden, 2005 WL 1618739 (11th Cir. Jul 12, 2005), but reiterates her arguments against the Brown decision. The Court notes the objections for the record.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 364) is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 334) is hereby *denied*.

3. This case is *dismissed with prejudice.*

**DONE AND ORDERED** this <u>second</u> day of August, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao